| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stuart C. Talley, 180374<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, CA 95864 | (916) 448-9800<br><br>Ref. No. or File No.<br>Zynga | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Swift

DEFENDANT:
Zynga Game Network Inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C09-05443 EDL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Complaint, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Blank Consent to Proceed Before a United States Magistrate Judge, Blank Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Order Setting CMC and ADR Deadlines, Standing order of Magistrate Elizabeth D. Laporte, Standing Order Re CMC, Standing Order Re CMC Statement, Welcome Packet

2. Party Served:           Zynga Game Network Inc.

3. Person Served:          Reginald D. Davis - Person authorized to accept service of process

   a. Left with:           Dianna Martin, Receptionist- Person in Charge of Office

4. Date & Time of Delivery:  11/19/2009            3:20 PM

5. Address, City and State:  444 De Haro St. Suite 132
                             San Francisco, CA 94107

6. Manner of Service:      By leaving the copies with or in the presence of Dianna Martin, Receptionist, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

**BY FAX**

116.25

Registered California process server.
County: SAN MATEO
Registration No.:

Kathleen H. Nelson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/20/2009 at Oakland, California.

Signature:  _Kathleen H. Nelson_
            Kathleen H. Nelson

OL# 6703620

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stuart C. Talley, 180374<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, CA 95864 | (916) 448-9800 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Zynga | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Swift

DEFENDANT:

Zynga Game Network Inc., et al.

| **PROOF OF SERVICE BY MAIL** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C09-05443 EDL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 11/20/2009, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons in a Civil Action, Complaint, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Blank Consent to Proceed Before a United States Magistrate Judge, Blank Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Order Setting CMC and ADR Deadlines, Standing order of Magistrate Elizabeth D. Laporte, Standing Order Re CMC, Standing Order Re CMC Statement, Welcome Packet

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Zynga Game Network Inc.
Reginald D. Davis
444 De Haro St., Suite 132
San Francisco, CA 94107

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

116.25

Lee Major
Kathleen H. Nelson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/20/2009 at Oakland, California.

*Lee Major*

Lee Major

OL# 6703620