POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Stuart Talley, 180374<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, CA 95864<br>TELEPHONE NO.: (916) 448-9800<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court for the Northern District of Califo<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Rebecca Swift | CASE NUMBER:<br>C09-05443 EDL |
| DEFENDANT/RESPONDENT: Zynga Game Network Inc., et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Zynga |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Notice of Assignment, Order Setting CMC and ADR Deadlines, Standing order of Magistrate EDL, Standing Order re CMC, Standing Order re CMC Statement, Court Docs

3. a. Party served: Facebook, Inc.

   b. Person Served: CSC - Becky DeGeorge - Person authorized to accept service of process    BY FAX

4. Address where the party was served: 2730 Gateway Oaks Dr
   Sacramento, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 11/19/2009    (2) at (time): 1:58 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Facebook, Inc.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:         Tyler Dimaria
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 29.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 11/20/2009

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                          (SIGNATURE)

Form Adopted for Mandatory Use                                                    Code of Civil Procedure, § 417.10
Judicial Council of California POS-010                    **PROOF OF SERVICE OF SUMMONS**