UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REBECCA SWIFT, on behalf of herself and all others similarly situated,

    Plaintiff(s),

    v.

ZYNGA GAME NETWORK INC.; and FACEBOOK, INC.

    Defendant(s).

No. C 3-09-cv-05443-EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 01/06/10

Signature /s/ I. Neel Chatterjee

Counsel for Defendant, Facebook, Inc.
(Plaintiff, Defendant, or indicate "pro se")