Richard L. Seabolt (SBN 67469)
Suzanne R. Fogarty (SBN 154319)
Oliver E. Benn (SBN 244618)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail: RLSeabolt@DuaneMorris.com
SRFogarty@DuaneMorris.com
OBenn@DuaneMorris.com

Attorneys for Defendant,
ZYNGA GAME NETWORK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, individually, on behalf of the general public, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA GAME NETWORK, INC.; and FACEBOOK, INC.,<br><br>Defendants. | Case No.: CV 09-5443 SBA<br><br>DEFENDANT ZYNGA GAME NETWORK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>Complaint Filed: November 17, 2009 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 20, 2010         **DUANE MORRIS LLP**

By:      /s/
Richard L. Seabolt
Attorneys for Defendant,
ZYNGA GAME NETWORK, INC.

DM1\2043712.1

Certification of Interested Entities or Persons
CV 09-5443 SBA