**KERSHAW, CUTTER & RATINOFF, LLP**
William A. Kershaw (State Bar No. 057486)
Email: wkershaw@kcrlegal.com
C. Brooks Cutter (State Bar No. 121407)
Email: bcutter@kcrlegal.com
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
John R. Parker, Jr. (State Bar No. 257761)
Email: jparker@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

**WEXLER WALLACE LLP**
Mark J. Tamblyn (State Bar No. 179272)
Email: mjt@wexlerwallace.com
Ian J. Barlow (State Bar No. 262213)
Email: ijb@wexlerwallace.com
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

Attorneys for *Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>ZYNGA GAME NETWORK INC.; and FACEBOOK, INC.<br><br>Defendants. | Case No. CV 09-5443 SBA<br><br>**NOTICE OF DISMISSAL OF FACEBOOK, INC., WITHOUT PREJUDICE** |

Plaintiff Rebecca Swift hereby provides notice that pursuant to Federal Rule of Civil Procedure 41(a), Defendant Facebook, Inc., is dismissed from this action without prejudice.

Dated: January 22, 2010.

KERSHAW, CUTTER & RATINOFF LLP

By _____
STUART C. TALLEY

Stuart C. Talley
William A. Kershaw
C. Brooks Cutter
John R. Parker, Jr.
**KERSHAW, CUTTER & RATINOFF LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Mark J. Tamblyn
Ian J. Barlow
**WEXLER WALLACE LLP**
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

Attorneys for Plaintiff