AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| REBECCA SWIFT, on behalf of herself and all others similarly situated,<br>*Plaintiff*<br>v.<br>Zynga Game Network, Inc., Adknowledge, Inc.; D/B/A Super Rewards; KITN Media USA, Inc., D/B/A Super Rewards<br>*Defendant* | Civil Action No. CV09-5443 SBA |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KITN MEDIA USA, INC., D/B/A SUPER REWARDS
Agent for Service - CSC Service
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William A. Kershaw, C. Brooks Cutter, Stuart C. Talley and John R. Parker, Jr.
KERSHAW, CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 1 2 2010

**JESSIE MOSLEY**
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. C09-05443 SBA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KITN MEDIA USA, INC., D/B/A SUPER REWARDS
was received by me on *(date)* 02/16/2010 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CSC - Becky DeGeorge , who is designated by law to accept service of process on behalf of *(name of organization)* KITN MEDIA USA, INC., D/B/A SUPER REWARDS on *(date)* 02/17/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-17-10

*Server's signature*

Robin Noftz, Admin.
*Printed name and title*

KERSHAW, CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA  95864
*Server's address*

Additional information regarding attempted service, etc:
Documents served: Summons, First Amended Complaint, Notice of Reassignment