# EXHIBIT A

# Mark Pincus Blog



Subscribe to Mark Pincus



## MY RELATED LINKS

My Latest Venture - Zynga

Web 2.0 Summit 09

Startup2Startup, June 09

My Bio Blog

### ARCHIVES

January 2010

December 2009

November 2009

October 2009

September 2009

August 2009

July 2009

June 2009

May 2009

April 2009

Powered by TypePad

« Zynga games about to come back up | Main | to zwink or not? »

## My take on zynga and cpa offers

Michael Arrington posted over the weekend about CPA offers within social games and questioned why facebook, myspace, zynga and others would expose these to our users. He raises good points about 'scammy' advertisers and the bad user experience they create. I agree with him and others that some of these offers misrepresent and hurt our industry.

It has been my mission at zynga to create a sustainable consumer service with long term value to our users and partners.  Social gaming is emerging quickly and requiring new rules of engagement from host networks to user payments and advertising forms.

So why does zynga offer these ads?

Most of these offers are good for the advertiser and user. There are many users who don't have access to online payment methods who are still interested in making in game purchases. There is also great potential for large web players like amzn, ebay and netflix to leverage social media channels like facebook and zynga to acquire new user relationships. Sponsoring a white tiger or pink tractor may accelerate these customer acquisition campaigns.

The offer industry is still just getting started and this category of advertising makes up a small minority of our revenue, the bulk of which comes from users directly purchasing virtual goods.

We have worked hard to police and remove bad offers. In fact, the worst offender, tatto media, referenced in the techcrunch article, had already been taken down and permanently banned prior to the post. Nevertheless, we need to be more aggressive and have revised our service level agreements with these providers requiring them to filter and police offers prior to posting on their networks. We have also removed all mobile ads until we see any that offer clear user value.

At zynga, we have faced a similar challenge in providing customer support to millions of users of our free games. Six months ago we were overwhelmed with our ticket volumes and faced an F rating with the better business bureau. We made massive efforts to address this, getting our maximum response times for live email and phone support down to 72 hours and raised our rating to a B+. Even today we realize our customer support isn't at the level our users expect and we continue to work on it.

Similarly, we are working to improve the quality of the CPA offers exposed to our users and evolving our policies and practices to ensure that zynga is worthy of our users' trust

RECENT

zynga's haiti relief efforts

Relaunching Offers

Zynga looking for rockstar product managers (again)

What's your wishlist for zynga games in 2010?

farmville players raise $700k with sweet seeds for haiti

Ensuring zynga's user experience - removing all cpa offers

to zwink or not?

My take on zynga and cpa offers

Zynga games about to come back up

Earmarks



www.flickr.com

More of markpinc's photos tagged with show

I'M READING...

The Google Weblog

ad networks
JenSense - Making Sense of Contextual Advertising

blogger people
Scobleizer
Joho the Blog
Anil Dash
Fractals of Change
apophenia
Blog
brianstorms
Loic Le Meur Blog
Doc Searls Weblog
LoudSpeakers
Jeremy Zawodny's blog
Joi Ito's Web
Ross Mayfield's Weblog
Caterina.net
Mark Pincus Blog
Scobleizer: Microsoft Geek Blogger
Lessig Blog
Dan Gillmor on Grassroots
Journalism, Etc.
PressThink
Chris Pirillo
Here Comes Everybody
Mitch Kapor's Weblog

companies
plaxoed!
AdSense for Feeds

Investing
The Big Picture
TRENDS - Find them, ride them and

Mark Pincus Blog: My take on zynga and cpa offers                    http://markpincus.typepad.com/markpincus/2009/11/my-take-on-zynga-an...