| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | GAIL LEES, SBN 90363 |
| 2 | glees@gibsondunn.com |
| | 333 South Grand Avenue |
| 3 | Los Angeles, California 90071-3197 |
| | Telephone: (213) 229-7000 |
| 4 | Facsimile: (213) 229-7520 |
| 5 | S. ASHLIE BERINGER, SBN 263977 |
| | aberinger@gibsondunn.com |
| 6 | 1881 Page Mill Road |
| | Palo Alto, California 94304-1211 |
| 7 | Telephone: (650) 849-5300 |
| | Facsimile: (650) 849-5333 |
| 8 | |
| 9 | Attorneys for Defendant |
| | ADKNOWLEDGE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA GAME NETWORK, INC., ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC. D/B/A SUPER REWARDS;<br><br>Defendants. | CASE NO. CV 09-5443 SBA<br><br>STIPULATION TO ENLARGE TIME FOR DEFENDANT ADKNOWLEDGE, INC. TO ANSWER OR RESPOND TO COMPLAINT<br><br>Hon. Saundra B. Armstrong |

Pursuant to Civil Local Rule 6-1(a), Defendant Adknowledge, Inc. ("Adknowledge") and Plaintiff Rebecca Swift ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 10, 2010, Plaintiff Rebecca Swift ("Plaintiff") filed a First Amended Complaint in this Court naming as defendant Zynga Game Network, Inc., and adding defendants Adknowledge, Inc. ("Defendant Adknowledge"), and KITN Media USA, Inc.;

WHEREAS, on February 18, 2010, Plaintiff served Defendant Adknowledge with a summons attaching the First Amended Complaint in this action;

1  WHEREAS, Defendant Adknowledge has requested and Plaintiff has consented to extend the time for Adknowledge to move, plead, or otherwise respond to the First Amended Complaint through and including April 9, 2010;

WHEREAS, such extension shall not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Defendant Adknowledge has not previously sought or received any enlargements of time to answer or otherwise respond to Plaintiffs' First Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between Plaintiff and Defendant Adknowledge, through their attorneys, that the time by which Defendant Adknowledge must move, plead, or otherwise respond to the First Amended Complaint is extended through and including April 9, 2010.

DATED:  March 2, 2010

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Gail Lees
    Gail Lees

Attorneys for Defendant ADKNOWLEDGE, INC.

DATED:  March 2, 2010

KERSHAW, CUTTER & RATINOFF LLP

By:  /s/ John R. Parker
    John R. Parker

Attorneys for Plaintiff
REBECCA SWIFT

100822633_1.DOC