1  GIBSON, DUNN & CRUTCHER LLP
   GAIL LEES, SBN 90363
2  glees@gibsondunn.com
   333 South Grand Avenue
3  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
4  Facsimile: (213) 229-7520

5  S. ASHLIE BERINGER, SBN 263977
   aberinger@gibsondunn.com
6  1881 Page Mill Road
   Palo Alto, California 94304-1211
7  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
8
   Attorneys for Defendant
9  ADKNOWLEDGE, INC.

10
                UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12

13

| REBECCA SWIFT, on behalf of herself and all others similarly situated, | CASE NO. CV 09-5443 SBA |
|---|---|
| Plaintiff, | CERTIFICATION OF INTERESTED PARTIES OR PERSONS |
| v. | |
| ZYNGA GAME NETWORK, INC., ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC. D/B/A SUPER REWARDS; | |
| Defendants. | |

21      Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the

22  named parties, there is no such interest to report.

23  DATED: March 2, 2010

24                                          GIBSON, DUNN & CRUTCHER LLP

25

26                                          By: _____/s/ Gail Lees_____
                                                    Gail Lees
27
                                            Attorneys for Defendant ADKNOWLEDGE, INC.
28
   100823304_1.DOC

Gibson, Dunn &
Crutcher LLP

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                     CASE NO. CV 09-5443 SBA