GIBSON, DUNN & CRUTCHER LLP
GAIL LEES, SBN 90363
glees@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

S. ASHLIE BERINGER, SBN 263977
aberinger@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants
ADKNOWLEDGE, INC. and
KITN MEDIA USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA GAME NETWORK, INC., ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC. D/B/A SUPER REWARDS;<br><br>Defendants. | CASE NO. CV 09-5443 SBA<br><br>**RE-NOTICE OF DEFENDANTS ADKNOWLEDGE, INC. AND KITN MEDIA USA, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS**<br><br>Date:   June 29, 2010<br>Time:  1:00 p.m.<br>Place:  1301 Clay Street<br>           Oakland, California<br>           Courtroom 1<br>Judge: The Honorable Saundra B. Armstrong<br><br>Complaint Filed: February 10, 2010 |

Gibson, Dunn & Crutcher LLP

RE-NOTICE OF DEFENDANTS ADKNOWLEDGE, INC. AND KITN MEDIA USA, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS

CASE NO. 09-CV-05443

# **RE-NOTICE OF MOTION**

PLEASE TAKE NOTICE that the hearing of Defendant Adknowledge, Inc. and Defendant KITN Media USA, Inc.'s Motion to Dismiss First Amended Class Action Complaint and Motion to Strike Class Action Allegations, previously noticed for 1:00 pm on June 28, 2010, in Courtroom 1 of the above-captioned Court, 1301 Clay Street, Suite 400S, Oakland, California, is hereby re-noticed for Tuesday, June 29, 2010 at 1:00 pm in the same Courtroom.

Respectfully submitted,

DATED:  April 12, 2010

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Ashlie Beringer
Ashlie Beringer

Attorneys for Defendants ADKNOWLEDGE, INC. and KITN MEDIA USA, INC.

100847777_1.DOC

2

RE-NOTICE OF DEFENDANTS ADKNOWLEDGE, INC. AND KITN MEDIA USA, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS
CASE NO. 09-CV-05443

Gibson, Dunn & Crutcher LLP