FILED

JUN - 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



MAY 27 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBECCA SWIFT, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ZYNGA GAME NETWORK, INC., et al.,

Defendant.

CASE NO. CV 09-5443 SBA

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Benjamin G. Edelman, whose business address and telephone number is 27a Linnaean Street, Cambridge, Massachusetts 02138, Telephone: (617) 359-3360.

and who is an active member in good standing of the bar of District of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Rebecca Swift.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6-4-10

Hon. Saundra Brown Armstrong
United States District Judge