**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBECCA SWIFT,                                          No. C 09-5443 SBA

      Plaintiff,                                        **CLERK'S NOTICE**

  v.

ZYNGA GAME NETWORK, INC.,

      Defendant.
_____/

      YOUR ARE HERE BY NOTIFIED that Defendant's Motion to Dismiss set for June 29, 2010, has been continued to *September 21, 2010 at 1:00 p.m.*, in Courtroom 1, 4th Floor, Oakland.

Dated: 6/29/10                                          FOR THE COURT,

                                             Richard W. Wieking, Clerk

                                             By: _____
                                                LISA R. CLARK
                                                Courtroom Deputy

To:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California